

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00187-CR
No. 02-26-00188-CR

———————————————

PRESTON BARRETT, Appellant

V.

THE STATE OF TEXAS

_____

On Appeal from the 211th District Court
Denton County, Texas
Trial Court Nos. F25-779-211, F25-1516-211

_____

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Appellant Preston Barrett attempts to appeal from the trial court's May 7, 2026 "Order on State's Motion to Dismiss," which dismissed these two cases. *See Love v. State*, Nos. 05-24-00258-CR, 05-24-00259-CR, 2024 WL 1268423, at *1 (Tex. App.—Dallas Mar. 26, 2024, no pet.) (mem. op., not designated for publication) ("An order dismissing a case on the State's motion to dismiss prosecution is not an appealable order.").

On May 28, 2026, we notified Appellant by letter of our concern regarding lacking jurisdiction over these appeals because it does not appear that the trial court has entered any appealable orders in these cases. We explained that in criminal cases, this court's jurisdiction is generally limited to appeals from judgments of conviction or orders made appealable by statute. *See Abbott v. State*, 271 S.W.3d 694, 697 & n.8 (Tex. Crim. App. 2008); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.) (per curiam). We stated that unless Appellant or any party filed a response showing grounds for continuing the appeals by June 8, 2026, these appeals could be dismissed for want of jurisdiction. We received no response.

Accordingly, we dismiss these appeals for want of jurisdiction.[1] *See Ex parte Smith*, No. 08-25-00274-CR, 2026 WL 222424, at *1 (Tex. App.—El Paso Jan. 21, 2026, no pet.) (mem. op., not designated for publication) (dismissing appeal for want

---

[1]Appellant's appeals in cause numbers 02-26-00182-CR through 02-26-00186-CR remain pending.

of jurisdiction because the trial court's order granting the State's motion to dismiss the charges against appellant was not an appealable order); *Love*, 2024 WL 1268423, at *1 (same).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: July 2, 2026